DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY ET AL., APPELLANTS, v. CITY OF ORANGE ET AL., RESPONDENTS.

Submitted October 26, 1928—Decided May 20, 1929.

For the appellants, *Frederic B. Scott.*

For the respondents, *William A. Calhoun.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.